1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                   AT TACOMA

6   ROBERT DEAN GRIFFIN, JR.,

7                           Plaintiff,          Case No. 3:17-cv-06084-RBL-TLF

8          v.                                   REPORT AND
                                                RECOMMENDATION
    TIM TRASHER,
9                                               **Noted for: May 4, 2018**

                            Defendants.
10

11         This matter is before the Court on plaintiff's filing of an application to proceed *in forma*

12   *pauperis* and proposed complaint. Dkt. 1, 2, 3, 5, 6.

13         Plaintiff, an inmate at Washington State Penitentiary, has filed a prisoner civil rights

14   action under 42 U.S.C. § 1983 against defendant Tim Trasher,[1] claiming Defendant has violated

15   his rights under the Eighth and Fourth Amendments. Dkt. 1, p. 3. He requests money damages

16   and several forms of injunctive relief. Dkt. 1, p. 7.

17         The Court found Plaintiff's complaint to be deficient and on February 2, 2018, ordered

18   that he amend the complaint or otherwise show cause why it should not be dismissed. Dkt. 11.

19   The Court set a due date of March 9, 2018, for Plaintiff's response. Plaintiff has not responded to

20   the Court's order. The complaint remains deficient for the reasons set forth in the Court's prior

21   order, Dkt. 11. Thus, Plaintiff has failed to state a claim upon which relief can be granted.

22

23   _____

[1] As in the Order to Show Cause or Amend the Complaint, the defendant is referred to here as "Tim Trasher," the
name plaintiff put in the caption of his complaint. The factual allegations refer to "Tim Thrasher." Dkt. 1, pp. 1-2, 4-
24   7.

25

REPORT AND RECOMMENDATION - 1

1    The undersigned recommends that the action be dismissed without prejudice and that

2  Plaintiff's motion to proceed *in forma pauperis* be denied. Dkt. 1, 2.

3    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

4  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

5  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

6  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver

7  of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*

8  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

9  imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **May 4, 2018**

10  as noted in the caption.

11    Dated this 18th day of April, 2018.

13

14  Theresa L. Fricke
United States Magistrate Judge