UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN GRIFFIN, JR.,

        Plaintiff,

v.

TIM TRASHER,

        Defendants.

Case No. 3:17-cv-06084-RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

(3) therefore, this action is hereby DISMISSED.

Dated this 7th day of May, 2018.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1